# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE,** | ) | |
| **APPELLANT** | ) | |
| v. | ) | **CIVIL NO. 2:17-cv-17-DBH** |
| **WILLIAM CHARLES MURPHY,** | ) | |
| **APPELLEE** | ) | |

## ORDER ON BANKRUPTCY APPEAL

Upon the parties' joint request pursuant to their Agreement Modifying Settlement Agreement as to Damages (with Certain Rights Reserved) (ECF No. 8-1, ¶ 4) attached as Exhibit 1 to Appellee's Opposition to Appellant's Request for Certification of Direct Appeal (ECF No. 8), and without the need for any briefing or argument, I hereby summarily **AFFIRM** the Amended Final Judgment entered by the bankruptcy court on January 4, 2017, Murphy v. Internal Revenue Service, Ch. 7 Case No. 05-22363, Adv. No. 11-2020 (ECF No. 283). I do so based upon my September 7, 2016, Decision and Order on Bankruptcy Appeal when the case was last before this court, Internal Revenue Service v. Murphy, 2:16-cv-08-DBH (ECF No. 19). The Clerk shall enter judgment accordingly. As a result, the IRS's Request for Certification for Direct Appeal to First Circuit Pursuant to 28 U.S.C. § 158(d) and Bankruptcy Rule 8006 (ECF No. 5) is **MOOT**. The Unopposed Request to Extend Briefing Schedule (ECF No. 11) is also **MOOT**.

**SO ORDERED.**

**DATED THIS 13TH DAY OF APRIL, 2017**

/s/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**